**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00136-WYD-01

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

MARTIN LABASTIDA-SEGURA,

  Defendant.

---

**ORDER QUASHING WARRANT AND TERMINATING
SUPERVISION UNSUCCESSFULLY**

---

  THIS MATTER comes to the attention of the Court upon a request by the probation officer to dismiss supervised release violation proceedings in this case. The supervised release violation warrant was issued on July 14, 2010, based on the defendant reentering the United States illegally. On March 14, 2011, the defendant was sentenced in the United States District Court for the Southern District of California, Docket Number 10-cr-3063-BEN to 64 months imprisonment to be followed by a supervised release term of 3 years, pursuant to a conviction for Attempted Entry After Deportation. The Court, having been advised in the facts and premises of the above case, hereby

  ORDERS that the petition for violation of supervised release, dated July 13, 2010, is hereby dismissed and the warrant is quashed. It is

  FURTHER ORDERED that the defendant's supervised release is terminated immediately for unsatisfactory compliance.

  DATED at Denver, Colorado, this 26th day of March, 2013.

      BY THE COURT:


      s/ Wiley Y. Daniel
      Wiley Y. Daniel
      Senior United States District Judge